FILED

06/10/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0652

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0652

_____

JOHN M. SHEA,

     Plaintiff and Appellee,

PAUL BABB,

     Defendant,

MONTANA MUNICIPAL INSURANCE
AUTHORITY,

     Defendant and Appellant,

and JOHN DOES A-Z,

     Defendants.

O R D E R

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to the Court sitting en banc.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Ed McLean, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 10 2020